# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ROBLES,<br><br>    Petitioner,<br><br>    v.<br><br>J. TIM OCHOA, Warden,<br><br>    Respondent. | No. EDCV 11-1143-JHN (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

DATED: October 6, 2011

                                          JACQUELINE H. NGUYEN
                                        UNITED STATES DISTRICT JUDGE