1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8        **CENTRAL DISTRICT OF CALIFORNIA**
9
10
11   EFRAIN ROBLES,                    )    No.  EDCV 11-1143-JHN (AGR)
12                  Petitioner,        )
                                       )    **JUDGMENT**
13        v.                           )
                                       )
14   J. TIM, OCHOA, Warden,            )
                                       )
15                  Respondent.        )
16   _____  )
17        Pursuant to the Order Accepting Findings and Recommendation of United
18   States Magistrate Judge,
19        IT IS ADJUDGED that the Petition in this matter is denied with prejudice.
20
21   DATED: October 6, 2011
22                                          JACQUELINE H. NGUYEN
                                            UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28